IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| KENESSIA BEATY,<br><br>   Plaintiff,<br><br>v.<br><br>OSP PREVENTION GROUP, INC. and WILLIAM E. MABRY, II,<br><br>   Defendants. | Civil Action No.<br><br>1:17-cv-03292-WSD<br><br>JURY TRIAL DEMANDED |

## NOTICE OF DISMISSAL WITH PREJUDICE

COMES NOW, Plaintiff Kenessia Beaty, and in accordance with Fed. R. Civ. P. 41(a)(1)(A)(i), hereby voluntarily dismisses with prejudice all claims against Defendants OSP Prevention Group, Inc. and William E. Mabry, II.

Respectfully submitted 5th day of September, 2017.

**BARRETT & FARAHANY**

s/ *Amanda A. Farahany*
Amanda A. Farahany
Georgia Bar No. 646135

*Attorney for Plaintiff Kenessia Beaty*

1100 Peachtree Street, Suite 500
Atlanta, GA 30309
Telephone:  (404) 214-0120
Facsimile:  (404) 214-0125
amanda@justiceatwork.com

1